# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0061. IN THE INTEREST OF H. W., A CHILD.**

The Chatham County Juvenile Court adjudicated H. W. delinquent but postponed final disposition until forensic evaluations and reports have been completed and submitted. H. W. filed this direct appeal from the adjudication.  We, however, lack jurisdiction.

OCGA § 15-11-35 authorizes direct appeals from "final judgments of the juvenile court." An adjudication order alone, however, is not a final judgment that is directly appealable. See *In the Interest of G. C. S.*, 186 Ga. App. 291, 292 (367 SE2d 103) (1988).  Because this case remains pending before the juvenile court, H. W. was required to use the interlocutory appeal procedures—including obtaining a certificate of immediate review from the trial court—to appeal the adjudication of delinquency. Id.; see also OCGA § 5-6-34 (b). His failure to do so deprives us of jurisdiction over this appeal. See *In the Interest of G. C. S.*, supra. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/11/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*